E-filing

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Bryon Bishop, et al. ) | **CV 09** | **4128** |
| _Plaintiff_ ) | | |
| v. ) | Civil Action No. | |
| Electronic Arts, Inc., et al. ) | | |
| _Defendant_ ) | | **BZ** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Electronic Arts, Inc.
c/o National Corporate Research, Ltd.
523 West 6th St., Suite 544
Los Angeles, CA 90014

See Attachment A for additional parties.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David H. Weinstein
Weinstein Kitchenoff & Asher LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

SEP 0 4 2009

Date:

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRYON BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | **SUMMONS – ATTACHMENT A** |

National Collegiate Athletic Association
1802 Alonzo Watford Sr. Drive
Indianapolis, Indiana 46202


The Collegiate Licensing Company
CT Corporation System
1201 Peachtree Stree, NE
Atlanta, GA 30361