Robert J. Wierenga (SBN183687)
wierenga@millercanfield.com
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
101 North Main St., 7th Floor
Ann Arbor, MI 48104
Telephone: (734) 668-7756
Facsimile: (734) 663-8624

Attorneys for Defendant
National Collegiate Athletic Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON BISHOP, individually and on behalf of himself and all others similarly situated, <br> Plaintiff, <br> v. <br> ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY, <br> Defendants. | Case No. 09-cv-4128-BZ <br><br> **APPEARANCE** |

TO: CLERK OF THE COURT

PLEASE ENTER the appearance of Robert J. Wierenga as attorney of record on behalf of Defendant, NATIONAL COLLEGIATE ATHLETIC ASSOCIATION.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: ___s/Robert J. Wierenga___
Robert J. Wierenga (SBN183687)
Attorneys for National Collegiate Athletic Association
101 North Main St., 7th Floor
Ann Arbor, MI 48104
wierenga@millercanfield.com

Dated: September 23, 2009

6306364.1\063863-00042

**APPEARANCE**

1