| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | rvannest@kvn.com |
| | R. JAMES SLAUGHTER - #192813 |
| 3 | rslaughter@kvn.com |
| | R. ADAM LAURIDSEN - #243780 |
| 4 | alauridsen@kvn.com |
| | 710 Sansome Street |
| 5 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 6 | Facsimile:  (415) 397-7188 |
| 7 | Attorneys for Defendant |
| | ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON BISHOP, Individually and On Behalf of All Others Similarly Situated, | Case No. CV-09-4128-BZ |
| Plaintiff, | **STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS** |
| v. | |
| ELECTRONIC ARTS INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY, | Judge:  Magistrate Judge Bernard Zimmerman |
| | Date Comp. Filed:     September 4, 2009 |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), the parties, through their undersigned counsel who are authorized to enter into this Stipulation on their behalf, hereby stipulate and agree that the time for defendants Electronic Arts, Inc., National Collegiate Athletic Association, and Collegiate Licensing Company to move, answer or otherwise respond to the complaint in this matter shall be extended until thirty (30) days after entry of the orders by the district court in *Keller v. Electronic Arts Inc., et al,* deciding the merits of defendants' respective motions to dismiss the *Keller* complaint. For the avoidance of any doubt, each defendant's time to respond shall run from the entry of the order deciding that defendant's motion to dismiss the *Keller* complaint.

Dated:  September 25, 2009                                    KEKER & VAN NEST LLP

                                                              By:  */s/ R. James Slaughter*
                                                                   R. JAMES SLAUGHTER
                                                                   Attorneys for Defendant
                                                                   ELECTRONIC ARTS INC.

Dated:  September 25, 2009                                    KILPATRICK STOCKTON LLP

                                                              By:  */s/ R. Charles Henn, Jr.*
                                                                   R. CHARLES HENN, JR.
                                                                   Attorneys for Defendant
                                                                   COLLEGIATE LICENSING COMPANY

Dated:  September 25, 2009                                    WEINSTEIN KITCHENOFF & ASHER LLC

                                                              By:  */s/ David H. Weinstein*
                                                                   DAVID H. WEINSTEIN
                                                                   Attorneys for Plaintiff
                                                                   BRYON BISHOP

1
STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS
CASE NO. CV-09-4128-BZ

451381.01

| | |
|---|---|
| Dated: September 25, 2009 | MILLER CANFIELD PADDOCK & STONE, P.L.C. |
| | By: _/s/ Robert J. Wierenga_<br>ROBERT J. WIERENGA<br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

R. James Slaughter, the filer of this Stipulation, pursuant to General Order No. 45, *Electronic Case Filing*, section 10(b), hereby attests that R. Charles Henn, Jr., David H. Weinstein and Robert J. Wierenga concur in the filing of this Stipulation.