KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
R. JAMES SLAUGHTER - #192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-4128-BZ<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Magistrate Judge Bernard Zimmerman<br><br>Date Comp. Filed:      September 4, 2009 |

451414.01

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel from Keker & Van Nest, LLP will be appearing as counsel of record for Defendant ELECTRONIC ARTS INC.

> KEKER & VAN NEST, LLP
> ROBERT A. VAN NEST - #84065
> R. JAMES SLAUGHTER - #192813
> R. ADAM LAURIDSEN - #243780
> 710 Sansome Street
> San Francisco, California  94111-1704
> Telephone:  (415) 391-5400
> Facsimile:  (415) 397-7188
> E-mail:         rvannest@kvn.com
> E-mail:         rslaughter@kvn.com
> E-mail:         alauridsen@kvn.com

Dated:  September 25, 2009                               KEKER & VAN NEST LLP


                                                         By:  /s/ R. James Slaughter
                                                              R. JAMES SLAUGHTER
                                                              Attorneys for Defendant
                                                              ELECTRONIC ARTS INC.