David H. Weinstein (SBN 43167)
Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19146
Telephone: (215) 545-7200
Facsimile: (215) 545-6535
Email: weinstein@wka-law.com

*Counsel for Plaintiff Bryon Bishop*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. CV 09-4128 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE -- Case No. CV 09-4128 BZ

- 1 -

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  October 5, 2009 | WEINSTEIN KITCHENOFF & ASHER LLC |
| 3 |   |   |
| 4 |   | /s/ *David H. Weinstein* <br> David H. Weinstein |
| 5 |   | David H. Weinstein (SBN 43167) <br> Steven A. Asher <br> Mindee J. Reuben <br> Jeremy S. Spiegel <br> WEINSTEIN KITCHENOFF & ASHER LLC <br> 1845 Walnut Street, Suite 1100 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 545-7200 <br> Facsimile: (215) 545-6535 <br> Email:  weinstein@wka-law.com |

Counsel for Plaintiff

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
JUDGE -- Case No. CV 09-4128 BZ
- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify this 5th day of October, 2009, that today I caused the foregoing Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge to be filed by ECF (electronic case filing) and thereby made available to all parties and counsel of record thereto.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

/s/ *David H. Weinstein*
David H. Weinstein (SBN 43167)

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE -- Case No. CV 09-4128 BZ

- 3 -