UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bryon Bishop,

       Plaintiff(s),             No. 09-4128 BZ

    v.                           NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Electronic Arts, Inc., et al.,

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **December 14, 2009 at 4:00 p.m.** on Magistrate Judge Zimmerman's calendar will **NOT** be held.

Dated: October 5, 2009

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            _____
                                            By: Ada Yiu, Deputy Clerk

cc: Intake

reassig1.DCT                                     1

Dockets.Justia.com