David H. Weinstein (SBN 43167)
Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535
Email: weinstein@wka-law.com

*Attorneys for Plaintiff Bryon Bishop
in the Potentially Consolidated Case
Bryon Bishop v. Electronic Arts, Inc., et al.,
Case No. CV-09-4128 (CW).*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | CIVIL ACTION NO. CV-09-1967 (CW)<br><br>**DECLARATION OF STEVEN A. ASHER IN SUPPORT OF MOTION FOR CONSOLIDATION OF BISHOP (CV-09-4128 (CW)) AND KELLER (CV-09-1967 (CW)) ACTIONS PURSUANT TO FED. R. CIV. P. 42** |

I, Steven A. Asher, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a member of the law firm of Weinstein Kitchenoff & Asher LLC, counsel for plaintiff Bryon Bishop in the action captioned *Bryon Bishop v. Electronic Arts, Inc., et al.*, Case No. CV-09-4128 (BZ), filed September 4, 2009 ("*Bishop*"). I submit this Declaration in support of Plaintiff Bishop's Motion for Consolidation of *Bishop* and *Keller* Actions.

3. Attached hereto as Exhibit 1 is a true and correct copy of the firm biography of Weinstein Kitchenoff & Asher LLC which features those attorneys from the firm who will be principally responsible for managing this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of October, 2009, at Philadelphia, Pennsylvania.

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535
Email: asher@wka-law.com
*Attorney for Plaintiff Bryon Bishop
in the Potentially Consolidated Case
Bryon Bishop v. Electronic Arts, Inc., et al.,
Case No. CV-09-4128 (CW).*

# EXHIBIT 1

## **WEINSTEIN KITCHENOFF & ASHER LLC**

Weinstein Kitchenoff & Asher LLC ("WKA") is a Philadelphia law firm which focuses its practice on class action and antitrust litigation, and is one of the preeminent firms in this area of the law. WKA and its members have served as co-lead counsel in many of the most significant and successful class action cases in the past 20 years.

Courts have recognized the quality of WKA's work. In 2006, the Firm, as co-lead counsel, reached a settlement on behalf of the class in *In re Electrical Carbon Products Antitrust Litigation*, MDL No. 1514 (D.N.J.). In his Order giving final approval to the settlement, District Judge Jerome B. Simandle stated:

> Class Counsel . . . demonstrated the skills and effectiveness which come from seasoning and experience in class action litigation, and more particularly in antitrust litigation. In this case, the Court observed Class Counsel closely and found them to be well-prepared, knowledgeable, industrious, fair with opposing counsel, and unfailingly candid with the Court . . . . In short, Class Counsel's skills and effectiveness in preparing, litigating, strategizing, and successfully resolving the case with a fair settlement were of the highest order of professionalism.

*In re Elec. Carbon Prods. Antitrust Litig.*, 447 F. Supp. 2d 389, 406-07 (D.N.J. 2006).

Similarly, in an Order granting plaintiffs' motion for class certification in *In re Polyester Staple Antitrust Litig.*, MDL No. 1516 (W.D.N.C.), District Judge Richard L. Voorhees observed:

> As an initial matter, the competency of Plaintiffs' counsel, as well as counsel's ability to handle a complex class action is evident. Class Counsel, who have appeared before the Court on numerous occasions during the course of the litigation, have been exceptionally well-prepared on each occasion and demonstrated a mastery of both antitrust and class action jurisprudence. Plaintiffs' counsel have vigorously prosecuted this action and will undoubtedly continue to do so upon certification.

*In re Polyester Staple Antitrust Litig.*, No. 03-1516, 2007 U.S. Dist. LEXIS 52525, at *44 (W.D.N.C. July 19, 2007).

## **WKA Attorneys Who Will Work on this Litigation**

The following WKA attorneys have been, and will continue, working on the *Bishop* litigation:

### **STEVEN A. ASHER**

Mr. Asher concentrates his practice in class action antitrust litigation. He has served as co-lead counsel for plaintiffs in many of the major antitrust class actions in the past two decades, in which hundreds of millions of dollars have been recovered for class members.

Mr. Asher graduated from The Johns Hopkins University in 1969 with a B.A. in philosophy, and received a J.D. from New York University's School of Law in 1973 where he was an editor of the Law Review and winner of the Edmond Cahn award given annually to the outstanding law review editor. He is a former chair of the Philadelphia Bar Association Antitrust Law Committee, lectured for several years on antitrust litigation for the Department of Economics at the University of Pennsylvania, and has also lectured on class action and antitrust topics for Continuing Legal Education groups throughout the country.

In its ranking of the top U.S. Business attorneys, *Chambers & Partners USA* noted that Mr. Asher is "highly knowledgeable and experienced" and has "garnered peer approval for his *'tough, aggressive'* approach, which often results in multimillion dollar settlements." Mr. Asher has also been listed in *Best Lawyers in America* since 2006 and has perennially been named to the *Pennsylvania Super Lawyers* publication.

Mr. Asher has served as co-lead counsel for plaintiffs in the following successful antitrust class actions wherein recoveries of at least $20 million were achieved:

- *In re Graphite Electrodes Antitrust Litigation* (E.D. Pa.) – Recovery in excess of $134 million in action alleging that certain manufacturers and distributors conspired

through meetings and communications to fix the prices of, and allocate markets for, graphite electrodes -- a product used in making steel.

- *In re Flat Glass Antitrust Litigation* (W.D. Pa.) – Recovery in excess of $120 million on behalf of class of direct purchasers of high-strength glass used in construction and automotive applications.

- *In re Citric Acid Antitrust Litigation* (N.D. Cal.) – Recovery in excess of $90 million in action against major manufacturers of citric acid for fixing prices and allocating customers.

- *In re Sorbates Direct Purchaser Antitrust Litigation* (N.D. Cal.) – Recovery in excess of $80 million in action against U.S. and foreign manufacturers of food preservatives for conspiring to fix prices.

- *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives & Composites, Inc.* (C.D. Cal.) – Recovery of approximately $68 million on behalf of purchasers of carbon fiber and related products in action alleging that major sporting goods manufacturers had conspired to raise the products' prices.

- *In re Polypropylene Carpet Antitrust Litigation* (N.D. Ga.) – Recovery of approximately $50 million on behalf of distributors who purchased polypropylene carpet and alleged that manufactures had conspired to fix prices.

- *In re Chlorine and Caustic Soda Antitrust Litigation* (E.D. Pa.) – Recovery in excess of $50 million in action alleging conspiracy by the major producers of "chlor-alkali" products to fix, raise, maintain and stabilize prices.

- *Cumberland Farms, Inc., et al. v. Browning-Ferris Indus., Inc., et al.* (E.D. Pa.) – Recovery in excess of $50 million on behalf of class of direct purchasers of solid waste hauling and disposal services which alleged a conspiracy to fix prices entered into by major providers of solid waste collection services.

- *In re Polyester Staple Antitrust Litigation* (W.D.N.C.) – Recovery in excess of $60 million in an action by a class of direct purchasers against four of the largest manufacturers of polyester staple products, alleging a conspiracy to fix prices and allocate markets and customers in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

- *In re Electrical Carbon Products Antitrust Litigation* (D.N.J.) – Recovery in excess of $21 million in suit alleging conspiracy by certain manufacturers to fix prices and to allocate customers and markets for industrial electric products.

Mr. Asher is currently serving as co-lead counsel for plaintiffs in the following multidistrict class actions:

- *In re: Processed Egg Products Antitrust Litigation*, MDL No. 2002 (E.D. Pa.) (Pratter, J.).  WKA serves as both co-lead counsel as well as liaison counsel for a class of direct purchasers of both shell eggs and egg products.  The class has entered into a settlement agreement with one defendant which is pending before the court on a motion for preliminary approval.  The case is in the preliminary stages of litigation.

- *In re: BP Products North America, Inc., Antitrust Litigation*, *(No. II)*, MDL No. 1946 (N.D. Ill.) (Zagel, J.).  WKA represents a class consisting of direct purchasers of both physical propane and propane futures contracts.  The class alleges that the defendant sought to and did corner the market for propane within a large geographic area of the United States in February 2004.  Plaintiffs have settled with BP for $52,000,000 (final approval has been granted); a motion for leave to disburse funds is expected shortly.

- *In re Sulfuric Acid Antitrust Litigation*, MDL No. 1536 (N.D. Ill.) (Coar, J.).  WKA represents a class of direct purchasers alleging that major manufacturers of sulfuric acid conspired to fix prices.  The class was certified by Judge Coar and several defendants have entered into settlements with the class.  The case against the remaining defendants is currently proceeding toward trial.

- *In re: Cotton Yarn Antitrust Litigation,* MDL No. 1622 (M.D.N.C.) (Beaty, J.).  Action on behalf of class of direct purchasers of cotton yarn.  Plaintiffs have settled with one defendant in amount of $7.8 million and is currently being finalized as against the remaining defendant yarn manufacturers.

## **DAVID H. WEINSTEIN**

Mr. Weinstein graduated from the University of California, Berkeley, with a B.A. in 1965, and earned his Juris Doctorate from that University's Boalt Hall School of Law in 1968.  He served as law clerk to two different judges of the U.S. Court of Appeals for the Ninth Circuit in San Francisco, *i.e.*, the Honorable Walter L. Pope and then the Honorable Richard H. Chambers, who was Chief Judge of the Court at the time.

Mr. Weinstein was among the co-lead counsel for the direct purchaser antitrust class plaintiffs that pursued and ultimately settled a major commodity-corner monopolization case

involving the propane market, *In re: BP Products North America, Inc., Antitrust Litigation*, *(No. II)*, MDL No. 1946 (N.D. Ill.). The court granted final approval of the U.S. $52 million settlement in 2009.

Recently Mr. Weinstein served as an expert witness in a proceeding before the Ontario, Canada Superior Court of Justice. In that matter, he was called upon as an independent expert to render opinions concerning U.S. antitrust law and federal court procedure.

On behalf of a class of student loan borrowers, Mr. Weinstein successfully obtained a judgment against the loan provider. The court found that the lender improperly extracted excessive interest charges from the student borrowers. The case settled successfully in 2009, pursuant to which the class members received full refunds of the excess interest they had been charged. *Savedoff v. Access Group, Inc.*, No. 06-cv-135 (N.D. Ohio).

Mr. Weinstein successfully pursued and, in 2007, settled private antitrust claims on behalf of eight companies that were victimized by a manipulation of the copper commodity market. His clients included major copper producers and manufacturers of copper plumbing (tubing and fittings) and copper wire. In that and related litigation, he successfully argued significant appeals in the United States Court of Appeals for the Seventh Circuit. *See, e.g.*, *In re Copper Antitrust Litig.*, 436 F.3d 782 (7th Cir. 2006).

Mr. Weinstein was one of two plaintiffs' co-lead counsel who negotiated a nationwide class action settlement for homeowners whose homes contained defective polybutylene plumbing. The innovative settlement — valued at more than U.S. $1.1 billion — has replaced the plumbing in over 330,000 dwellings and provided that and monetary relief to a total of nearly 400,000 homeowners. Mr. Weinstein has served since its inception in 1996 on the board of directors of the Consumer Plumbing Recovery Center that was created to provide the relief

available to class members under the settlement. *Cox v. Shell Oil Company*, et al., No. 18,844 (Ch. Ct., Obion Cty., Tenn.).

### **MINDEE J. REUBEN**

Ms. Reuben is a member of the Firm. She attended Indiana University in Bloomington, Indiana, on a National Merit Scholarship and graduated in 1989 with a B.A. in both English and Political Science. She pursued a joint degree program at the University of Pittsburgh, and received her J.D. from the School of Law, which she attended on a Dean's Merit Scholarship, and her Master of Public Administration from the Graduate School of Public and International Affairs in 1993. Following graduation from the University of Pittsburgh, Ms. Reuben served as a law clerk for the Honorable Frank J. Montemuro, Senior Justice of the Supreme Court of Pennsylvania.

At WKA, Ms. Reuben's practice is focused primarily on antitrust and consumer class action matters. She is significantly involved in several plaintiff class action antitrust matters in which the Firm has been appointed co-lead counsel, including: *In re: Processed Egg Products Antitrust Litigation*, MDL No. 2002 (E.D. Pa.) (Pratter, J.); *In re: BP Products North America, Inc., Antitrust Litigation*, (No. II), MDL No. 1946 (N.D. Ill.); *In re Sulfuric Acid Antitrust Litigation*, MDL 1536, (N.D. Ill.); and *re: Cotton Yarn Antitrust Litigation,* MDL No. 1622 (M.D.N.C.) (Beaty, J.)

Current consumer class action matters in which Ms. Reuben has been appointed, or is seeking appointment, as co-lead counsel include:

- *Elkouby v. Budget Rent A Car System, Inc.*, Superior Court of New Jersey, Morris County, No. L-2411-08 (Dumont, J.). Plaintiffs seek to certify a class of consumers who were charged in excess of the rate confirmed at the time of reservation. Discovery is pending.

- *Stone v. Stewart Title Guaranty Co.*, Philadelphia Court of Common Pleas, June Term, 2006, No. 2003 (consolidated under *Cummings v. Stewart Title Guaranty Co., et al.*, Philadelphia Court of Common Pleas, March Term, 2005, No. 747) (Glazer, J.). Plaintiffs sued on behalf of a class of consumers who were not charged a discounted refinance or reissue rate for title insurance. Settlement in the amount of $4.5 million dollars has been approved.

Ms. Reuben is co-lead counsel in the *Stone* matter.

Ms. Reuben is an active member of the Women in the Profession Committee of the Philadelphia Bar Association, and is a founding member of Women Antitrust Plaintiffs' Attorneys, an organization of women who represent clients injured by anticompetitive activities. Ms. Reuben is also a contributor to the Philadelphia Court of Common Pleas' Commerce Court Management Program Opinion Project on class actions. Ms. Reuben has also served as an Adjunct Professor of Law at the James E. Beasley School of Law of Temple University. In 2004 and 2005 she was a contributor to E. Snitzer, *Pennsylvania Eminent Domain* (Cum. Supp. 2004, 2005).

*Super Lawyers* and *Philadelphia Magazine* named Ms. Reuben one of Pennsylvania's "Rising Stars" in the field of antitrust for several years running, an honor bestowed on only 2.5% of Pennsylvania lawyers under 40, and recently named her as a "Super Lawyer" in her first year of eligibility in the field of antitrust.

### JEREMY S. SPIEGEL

Mr. Spiegel focuses his practice on antitrust and consumer class action litigation. He is admitted to the Pennsylvania and New Jersey state bars. Prior to joining the firm, Mr. Spiegel clerked for the Honorable Stephen Skillman, Presiding Judge of the New Jersey Superior Court, Appellate Division.

Mr. Spiegel graduated from the University of Pennsylvania Law School in 2007, where he served as an Articles Editor for the Journal of Constitutional Law.  Mr. Spiegel received his BA in economics *cum laude* from Penn and spent one year studying at the London School of Economics.