IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, | No. C 09-01967 CW |
| Plaintiff, | |
| v. | |
| ELECTRONIC ARTS. INC., | |
| Defendant. | |
| BRYON BISHOP, | No. C 09-04128 CW |
| Plaintiff, | CLERK'S NOTICE RESCHEDULING MOTION HEARING |
| v. | |
| ELECTRONIC ARTS, INC., | |
| Defendant. | |

Notice is hereby given that Plaintiff Bryon Bishop's motion for consolidation, previously set for hearing on November 19, 2009, is rescheduled to **November 17, 2009, at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Opposition to the motion will be due October 27, 2009, and any reply will be due November 3, 2009.

Dated: 10/16/09

SHEILAH CAHILL
Deputy Clerk