Gregory L. Curtner
Miller Canfield Paddock and Stone PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7697

*Clerk's Use Only*
*Initial for fee pd.:*

**FILED**
OCT 1 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BYRON BISHOP, individually and on behalf of himself and all others similarly situated,

  Plaintiff(s),

v.

ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,

  Defendant(s).

CASE NO. 09-cv-4128 CW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, GREGORY L. CURTNER, an active member in good standing of the bar of STATE OF MICHIGAN, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing NCAA in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
JASON A. GELLER, Long & Levit, LLP
465 California Street, San Francisco CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-7-09

GREGORY L. CURTNER