**R E C E I V E D**

OCT 1 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

OCT 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*(left margin)* United States District Court — For the Northern District of California

| | |
|---|---|
| Byron Bishop, individually and on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Electronic Arts, Inc., National CollegiateAthletic Association; and Collegiate Licensing Company,<br><br>　　　　　Defendant.<br>_____/ | **CASE NO.** 09-cv-4128 CW<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

KIMBERLY K. KEFALAS                          , whose business address and telephone number is

Miller Canfield Paddock and Stone, PLC,
101 N. Main St., 7th Floor, Ann Arbor, MI  48104
(734) 668-7629

and who is an active member in good standing of the bar of  STATE OF MICHIGAN

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  National Collegiate Athletic Association.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:　OCT 2 1 2009

_____
CLAUDIA WILKEN
United States  District      Judge

Dockets.Justia.com