RECEIVED
OCT 15 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Byron Bishop, individually and on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Electronic Arts, Inc., National Collegiate Athletic Association; and Collegiate Licensing Company,

    Defendant.

CASE NO. 09-cv-4128 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ATLEEN KAUR, whose business address and telephone number is

Miller Canfield Paddock and Stone, PLC,
101 N. Main St., 7th Floor, Ann Arbor, MI 48104
(734) 668-7663

and who is an active member in good standing of the bar of STATE OF MICHIGAN having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing National Collegiate Athletic Association.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

CLAUDIA WILKEN
United States District Judge