| | |
|---|---|
| 1 | Gregory L. Curtner (*Pro Hac Vice*) |
|   | curtner@millercanfield.com |
| 2 | Robert J. Wierenga (SBN 183687) |
|   | wierenga@millercanfield.com |
| 3 | Kimberly K. Kefalas (*Pro Hac Vice*) |
|   | kefalas@millercanfield.com |
| 4 | Atleen Kaur (*Pro Hac Vice*) |
|   | kaur@millercanfield.com |
| 5 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C |
|   | 101 North Main Street, 7th Floor |
| 6 | Ann Arbor, MI 48104 |
|   | Telephone: (734) 663-2445 |
| 7 | Facsimile: (734) 663-8624 |
| 8 | Jason A. Geller (SBN 168149) |
|   | jgeller@longlevit.com |
| 9 | Glen R. Olson (SBN 111914) |
|   | golson@longlevit.com |
| 10 | David Borovsky (216588) |
|   | dborovsky@longlevit.com |
| 11 | LONG & LEVIT LLP |
|   | 465 California Street, 5th Floor |
| 12 | San Francisco, CA  94104 |
|   | Telephone: (415) 397-2222 |
| 13 | Facsimile: (415) 397-6392 |
| 14 | Attorneys for Defendant |
|   | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON BISHOP, individually and on behalf of himself and all others similarly situated, | CASE No.  4:09-04128-CW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |

/ / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No.: 4:09-cv-04128-CW                                                                                                 NOTICE OF APPEARANCE
1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Jason A. Geller (State Bar No. 168149), Glen R. Olson (State Bar No. 111914), and David Borovsky (State Bar No. 216588) of LONG & LEVIT LLP hereby appear as counsel for Defendant the National Collegiate Athletic Association in this action. Counsel respectfully request that they be included via email on the Court's notification of all electronic filings in this action at the following e-mail addresses: jgeller@longlevit.com, golson@longlevit, dborovsky@longlevit.com.

Dated: October 22, 2009                LONG & LEVIT LLP

By: /s/ _____
    JASON A. GELLER
    GLEN R. OLSON
    DAVID BOROVSKY
    Attorneys for Defendant
    National Collegiate Athletic Association

DOCS\S0256-107\570395.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. 4:09-cv-04128-CW        2        NOTICE OF APPEARANCE