1    Karl Olson, Esquire
2    RAM & OLSON LLP
      555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
      Telephone 415-433-4949
4    Facsimile 415-433-7311



FILED
OCT 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5

*Counsel for Plaintiff Bryon Bishop*
*Bryon Bishop v. Electronic Arts, Inc, et al.,*
6    *Case No. CV-09-4128 (CW)*

7

8                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA

9

10   BRYON BISHOP, On Behalf of Himself and )    CIVIL ACTION NO. CV-09-4128 (CW)
      All Others Similarly Situated, )
11                                                )    **APPLICATION FOR ADMISSION OF**
                                   Plaintiff,   )    **ATTORNEY *PRO HAC VICE***
12                           v.                    )
                                                     )
13   ELECTRONIC ARTS, INC., NATIONAL      )
      COLLEGIATE ATHLETIC ASSOCIATION   )
14   and COLLEGIATE LICENSING COMPANY, )
                                                      )
15                        Defendants.   )
                                                      )
16                                                       )
17                                                       )

18

19         Pursuant to Civil L.R. 11-3, Steven A. Asher, an active member in good standing of the

20   bars of the Commonwealth of Pennsylvania and the State of New York, hereby applies for

21   admission to practice in the Northern District of California on a pro hac vice basis representing

22   Bryon Bishop in the above-entitled action.

23         In support of this application, I certify on oath that:

24         1.      I am an active member in good standing of a United States Court or of the highest

25                court of another State or the District of Columbia, as indicated above;

26

27         2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

28                Rule 11-4, to comply with General Order No. 25, Electronic Case Filing, and to

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* -- Case No CV 09-4128 (CW)      -1-

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Karl Olson, Esquire
Ram & Olson LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone 415-433-4949

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/22/09

STEVEN A. ASHER

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* -- Case No CV 09-4128 (CW)

- 2 -