Karl Olson (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Counsel for Plaintiff Bryon Bishop

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON BISHOP, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,<br><br>               Defendants. | NO. CV-09-4128 (CW)<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Karl Olson of Ram & Olson, 555 Montgomery Street, Suite 820, San Francisco, California 94111, telephone: 415-433-4949, hereby appears as counsel for Plaintiff Bryon Bishop in the above-captioned action.

Dated: October 28, 2009           RAM & OLSON LLP

                        By:     **/s/ *Karl Olson***
                             Karl Olson
                             kolson@ramolson.com
                             RAM & OLSON LLP
                             555 Montgomery Street, Suite 820
                             San Francisco, CA 94111
                             Tel: (415) 433-4949; Fax: (415) 433-7311
                             *Counsel for Plaintiff Bryon Bishop*