**RECEIVED**
OCT 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19146
Telephone: (215) 545-7200
Facsimile: (215) 545-6535
Email: asher@wka-law.com


FILED
OCT 27 2009

*Counsel for Plaintiff Bryon Bishop*
*Bryon Bishop v. Electronic Arts, Inc, et al.,*
*Case No. CV-09-4128 (CW)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON BISHOP, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | CIVIL ACTION NO. CV-09-4128 (CW)<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE*<br><br>Hon. Claudia Wilken |

Steven A. Asher, whose business address and telephone number is 1845 Walnut Street, Suite 1100, Philadelphia, PA 19103, 215-545-7200 and who is an active member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Bryon Bishop,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Claudia Wilken
United States District Judge