Steven A. Asher (*Pro Hac Vice*)
David H. Weinstein (SBN 43167)
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19146
Phone: (215) 545-7200
Fax: (215) 545-6535
Email: asher@wka-law.com

Karl Olson (SBN 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Phone: (415) 433-4949
Fax: (415) 433-7311
Email: kolson@ramolson.com

*Counsel for Plaintiff Bryon Bishop*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BRYON BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | CIVIL ACTION NO. CV-09-4128 (CW)<br><br>**REPLY OF PLAINTIFF BRYON BISHOP TO OPPOSITION OF DEFENDANT NCAA TO PLAINTIFF'S MOTION FOR CONSOLIDATION OF BISHOP (CV-09-4128(CW)) AND KELLER (CV-09-1967(CW)) ACTIONS PURSUANT TO FED. R. CIV. P. 42**<br><br>Date: November 17, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

PLAINTIFF BISHOP'S REPLY TO NCAA OPPOSITION TO MOTION FOR CONSOLIDATION
Case Nos. CV-09-4128 (CW) and CV-09-1967(CW)

1

Dockets.Justia.com

## ARGUMENT

Plaintiff Bryon Bishop has moved to consolidate his action with the *Keller* action (*Keller* Docket No. 101; *Bishop* Docket No. 10). Defendant NCAA in its "Opposition" does not oppose the consolidation of the *Bishop* and *Keller* actions (NCAA Br. at 1; *Keller* Docket No. 114; *Bishop* Docket No. 23). Rather, the NCAA reiterates its position (previously articulated in its opposition to the motion for consolidation of the *Keller* and *O'Bannon* actions, *Keller* Docket No. 83) that neither the *Bishop* action nor the *Keller* action should be consolidated with the *O'Bannon* action (NCAA Br. at 1-4).

Plaintiff Bishop does not seek consolidation of his action with the *O'Bannon* action, and did not so move. Bishop is committed to vindicating the claims set forth in his complaint, and the similar claims set forth in the *Keller* complaint. Bishop believes that these claims are best asserted in a complaint which focuses exclusively on the damages and injury which Bishop, Keller and the proposed class of those similarly situated have sustained by virtue of the unlawful use of their likenesses and images in video games manufactured by defendant Electronic Arts, Inc.

## CONCLUSION

For the reasons set forth herein, plaintiff Bryon Bishop respectfully requests that his motion for consolidation of the *Bishop* and *Keller* actions be granted in all respects.

Dated: November 3, 2009            WEINSTEIN KITCHENOFF & ASHER LLC


                                   /s/Steven A. Asher (*Pro Hac Vice)*
                                           Steven A. Asher

                                   Steven A. Asher (*Pro Hac Vice*)
                                   David H. Weinstein (SBN 43167)
                                   Mindee J. Reuben
                                   Jeremy S. Spiegel
                                   1845 Walnut Street, Suite 1100
                                   Philadelphia, Pennsylvania 19103
                                   Phone: (215) 545-7200
                                   Fax: (215) 545-6535
                                   Email: asher@wka-law.com

**PLAINTIFF BISHOP'S REPLY TO NCAA OPPOSITION TO MOTION FOR CONSOLIDATION**
Case Nos. CV-09-4128 (CW) and CV-09-1967(CW)

Karl Olson (SBN 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Phone: (415) 433-4949
Fax: (415) 433-7311
Email: kolson@ramolson.com

| | |
|---|---|
| Joseph C. Kohn | Roberta D. Liebenberg |
| Robert J. LaRocca | Donald L. Perelman |
| KOHN SWIFT & GRAF, P.C. | FINE, KAPLAN AND BLACK, R.P.C. |
| One South Broad Street, Suite 2100 | 1835 Market Street, Suite 2800 |
| Philadelphia, Pennsylvania 19107 | Philadelphia, Pennsylvania 19103 |
| Phone: (215) 238-1700 | Phone: (215) 567-6565 |
| Fax: (215) 238-1968 | Fax: (215) 568-5872 |
| Email: jkohn@kohnswift.com | Email: rliebenberg@finekaplan.com |
| | |
| Gerald J. Rodos | Howard J. Sedran |
| Jeffrey B. Gittleman | Austin B. Cohen |
| BARRACK RODOS & BACINE | LEVIN, FISHBEIN, SEDRAN & BERMAN |
| 3300 Two Commerce Square | 510 Walnut Street, Suite 500 |
| 2001 Market Street | Philadelphia, Pennsylvania 19106 |
| Philadelphia, Pennsylvania 19130 | Phone: (215) 592-1500 |
| Phone: (215) 963-0600 | Fax: (215) 592-4663 |
| Fax: (215) 963-0838 | Email: hsedran@lfsblaw.com |
| Email: grodos@barrack.com | |

*Counsel for Plaintiff Bryon Bishop*

**PLAINTIFF BISHOP'S REPLY TO NCAA OPPOSITION TO MOTION FOR CONSOLIDATION**
**Case Nos. CV-09-4128 (CW) and CV-09-1967(CW)**

3