Gregory L. Curtner (p*ro hac vice*)
Robert J. Wierenga (SBN183687)
Kimberly K. Kefalas (p*ro hac vice*)
Atleen Kaur (p*ro hac vice*)
Suzanne L. Wahl (p*ro hac vice*)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
101 North Main St., 7th Floor
Ann Arbor, MI 48104
Telephone: (734) 663-2445
Facsimile: (734) 663-8624
Email: curtner@millercanfield.com
       wierenga@millercanfield.com
       kefalas@millercanfield.com
       kaur@millercanfield.com
       wahl@millercanfield.com

Jason A. Geller (SBN168149)
Glen R. Olson (SBN111914)
David Borovsky (SBN 216588)
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jgeller@longlevit.com

Attorneys for Defendant
National Collegiate Athletic Association

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BYRON BISHOP, individually and on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br>v.<br><br>ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and COLLEGIATE LICENSING COMPANY,<br>　　　　　　　　Defendants. | Case No. 09-cv-4128-CW<br><br>**DEFENDANT NCAA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br>Date:<br>Time:<br>Dept:　　　Courtroom 2, 4th Floor<br>Judge:　　Hon. Claudia Wilken<br><br>Complaint filed: September 4, 2009 |

**DEFENDANT NCAA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/Robert J. Wierenga*
Robert J. Wierenga (SBN 183687)
Attorneys for Defendant NCAA

Dated: November 13, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By: */s/ Robert J. Wierenga*
Robert J. Wierenga (SBN 183687)
MILLER, CANFIELD PADDOCK AND STONE
Attorneys for Defendant NCAA

17456251.1\063863-00042