IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLER, | No. C 09-01967 CW |
|     v. | |
| ELECTRONIC ARTS. INC., et al., | |
| _____ | No. C 09-03329 CW |
| O'BANNON, | |
|     v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al,. | |
| _____ | No. C 09-04138 CW |
| BISHOP, | |
|     v. | |
| ELECTRONIC ARTS, INC., et al. | No. C 09-04882 CW |
| _____ | |
| NEWSOME, | CLERK'S NOTICE CONTINUING MOTIONS AND CASE MANAGEMENT CONFERENCE |
|     v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al. | |
| _____/ | |

    Notice is hereby given that the case management conference and all the motions previously set for November 17, 2009, are continued to **December 17, 2009, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 11/13/09

                                                                       *Sheilah Cahill*
                                                                       SHEILAH CAHILL
                                                                       Deputy Clerk