# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bishop, | 09-04128 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Electronic Arts, Inc.,, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
09-04128 CW                                -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: November 30, 2009

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
09-04128 CW          -2-

PROOF OF SERVICE

Case Name:        Bishop v. Electronic Arts, Inc.,

Case Number:      09-04128 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 30, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David Haym Weinstein
> Weinstein Kitchenoff & Asher
> 1845 Walnut Street, Suite 1100
> Philadelphia, PA 19146
> weinstein@wka-law.com
>
> Steven A. Asher
> Weinstein Kitchenoff & Asher LLC
> 1845 Walnut Street, Suite 1100
> Philadelphia, PA 19103
> asher@wka-law.com
>
> Mindee J. Reuben
> Weinstein Kitchenoff & Asher LLC
> 1845 Walnut Street, Suite 11--
> Philadelphia, PA 19103
> weinstein@wka-law.com
>
> Jeremy S. Spiegel
> Weinstein Kitchenoff & Asher LLC
> 1845 Walnut Street, Suite 1100

Philadelphia, PA 19103

Roberta D. Liebenberg
Fine Kaplan & Black, R.P.C.
1835 Markel Street, Suite 2800
Philadelphia, PA 19103
rliebenberg@finekaplan.com

Donald Louis Perelman
Fine Kaplan & Black, R.P.C.
1835 Markel Street, Suite 2800
Philadelphia, PA 19103
dperelman@finekaplan.com

Howard J. Sedran
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Austin B. Cohen
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Joseph C. Kohn
Kohn Swift & Graf P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
jkohn@kohnswift.com

Robert LaRocca
Kohn Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Gerald J. Rodos
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
grodos@barrack.com

Jeffrey B. Gittleman
Barrack Rodos & Bacine

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jgittleman@barrack.com

Karl Olson
Ram & Olson LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
kolson@ramolson.com

Robert James Slaughter
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
rslaughter@kvn.com

Robert Addy Van Nest
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
rvannest@kvn.com

Robert Adam Lauridsen
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
alauridsen@kvn.com

Robert James Wierenga
Miller Canfield Paddock & Stone, P.L.C.
101 North Main Street, 7th Floor
Ann Arbor, MI 48104
wierenga@millercanfield.com

Gregory L. Curtner
Miller Canfield Paddock and Stone, P.L.C.
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
curtner@millercanfield.com

Atleen Kaur
Miller Canfield Paddock and Stone PLC
101 N. Main St., 7th Floor

Ann Arbor, MI 48104
kaur@millercanfield.com

Kimberly K. Kefalas
Miller Canfield Paddock and Stone PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
kefalas@millercanfield.com

Jason Alex Geller
Long & Levit LLP
465 California Street, Suite 500
San Francisco, CA 94104
jgeller@longlevit.com

Glen Robert Olson
Long & Levit LLP
465 California Street
5th Floor
San Francisco, CA 94104
golson@longlevit.com

David P. Borovsky
Long & Levitt LLP
465 California Street
Suite 500
San Francisco, CA 94104-1814
dborovsky@longlevit.com

Suzanne Wahl
Miller Canfield Paddock & Stone PLC
101 N. Main St.
7th Floor
Ann Arbor, MI 48104
wahl@millercanfield.com

Collegiate Licensing Company
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 30, 2009 in San Francisco, California.

                                        RICHARD W. WIEKING  
                                      Clerk  
                                      by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator  
415-522-4205  
Tim_Smagacz@cand.uscourts.gov