Gennaro August Filice III (SBN: 061112)
Amber M. Trincado (SBN: 260186)
**FILICE BROWN EASSA & McLEOD LLP**
Lake Merritt Plaza
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
Telephone: 510.444.3131
Facsimile: 510.839.7940
Email: gfilice@filicebrown.com
      atrincado@filicebrown.com

Attorneys for Defendant
COLLEGIATE LICENSING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRYON BISHOP, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>ELECTRONIC ARTS, INC., et al.,<br><br>              Defendants. | Case No.: 4:09-CV-04128 CW<br><br>**DEFENDANT COLLEGIATE LICENSING COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Collegiate Licensing Company ("CLC"), a non-governmental corporate party, provides the following statement to comply with Fed. R. Civ. P. 7.1(a):

CLC's parent corporation is IMG Worldwide, Inc.

DATED: December 9, 2009

Respectfully submitted,

/s/Gennaro A. Filice III
Gennaro A. Filice
Amber M. Trincado
FILICE BROWN EASSA & MCLEOD LLP
Lake Merritt Plaza
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
Telephone : 510-444-3131
Facsimile:   510-839-7940

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

2

DEFENDANT COLLEGIATE LICENSING COMPANY'S CORPORATE DISCLOSURE STATEMENT
(CASE NO.: 09-CV-04128 (CW))

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1800, Oakland, California 94612-3520. On the date listed below, I served a copy of the within document(s):

**DEFENDANT COLLEGIATE LICENSING COMPANY'S CORPORATE DISCLOSURE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via the CM/ECF system which will send notification to the email addresses registered with the Clerk of the Court.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2009, at Oakland, California.

/s/Tonya R. Cole
TONYA R. COLE

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

3

CERTIFICATE OF SERVICE
4:09-CV-05134 (CW)