Gennaro August Filice III (SBN: 061112)
Amber M. Trincado (SBN: 260186)
**FILICE BROWN EASSA & McLEOD LLP**
Lake Merritt Plaza
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
Telephone: 510.444.3131
Facsimile: 510.839.7940
Email: gfilice@filicebrown.com
atrincado@filicebrown.com

Attorneys for Defendant
COLLEGIATE LICENSING COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRYON BISHOP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., et al.,<br><br>Defendants. | Case No.: 4:09-CV-04128 (CW)<br><br>**DEFENDANT COLLEGIATE LICENSING COMPANY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

DEFENDANT COLLEGIATE LICENSING COMPANY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CASE NO.: 09-CV-04128 (CW))

Dockets.Justia.com

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for defendant Collegiate Licensing Company ("CLC"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| Bryon Bishop | Plaintiff |
| Collegiate Licensing Company | Defendant |
| Electronic Arts, Inc. | Defendant |
| National Collegiate Athletics Association | Defendant |

DATED: December 9, 2009

Respectfully submitted,

_____/s/Gennaro A. Filice III_____
Gennaro A. Filice
Amber M. Trincado
FILICE BROWN EASSA & MCLEOD LLP
Lake Merritt Plaza
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
Telephone : 510-444-3131
Facsimile:   510-839-7940

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

2

DEFENDANT COLLEGIATE LICENSING COMPANY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CASE NO.: 09-CV-04128 (CW))

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1800, Oakland, California 94612-3520. On the date listed below, I served a copy of the within document(s):

**DEFENDANT COLLEGIATE LICENSING COMPANY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via the CM/ECF system which will send notification to the email addresses registered with the Clerk of the Court.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2009, at Oakland, California.

/s/Tonya R. Cole
TONYA R. COLE

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

3

CERTIFICATE OF SERVICE
4:09-CV-05134 (CW)