Bishop v. Electronic Arts, Inc., et al
Case4:09-cv-04128-CW Document34 Filed12/11/09 Page1 of 1
Doc. 34

Clerk's Use Only

Initial for fee pd.:

Sara M. Vanderhoff
Kilpatrick Stockton LLP
1100 Peachtreet Street, Suite 2800
Atlanta, GA 30309-4530
(404) 685-6700

FILED
DEC 11 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYON BISHOP, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

ELECTRONIC ARTS, INC., et al.,

Defendant(s).

CASE NO. 4:09-cv-04128-CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Sara M. Vanderhoff , an active member in good standing of the bar of the highest court of the State of Georgia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Collegiate Licensing Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gennaro A. Filice III (SBN: 061112); Filice Brown Eassa & McLeod LLP,
1999 Harrison Street, 18th Floor, Oakland, CA 94612; (510) 444-3131

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/09

Sara M. Vanderhoff