Bishop v. Electronic Arts, Inc., et al — Doc. 35

RECEIVED
DEC 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYON BISHOP, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ELECTRONIC ARTS, INC., et al.,

    Defendant.

CASE NO. 4:09-cv-04128-CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

R. Charles Henn, Jr., whose business address and telephone number is

Kilpatrick Stockton LLP; (404) 815-6572
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

and who is an active member in good standing of the bar of the State of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Collegiate Licensing Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Honorable Claudia Wilken
United States District Judge

Dockets.Justia.com