1   Robert B. Carey (*pro hac vice*)
    Leonard W. Aragon (*pro hac vice*)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    2425 East Camelback Road, Suite 650
3   Phoenix, Arizona 85016
    Tel:  (602) 840-5900
4   Fax:  (602) 840-3012
    Email:  rcarey@hbsslaw.com
5           leonard@hbsslaw.com

6   *Counsel for Plaintiffs in Keller Action*

7   Michael P. Lehmann (Cal. Bar No. 77152)
    Jon T. King (Cal. Bar No. 205073)
8   Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
    HAUSFELD LLP
9   44 Montgomery Street, 34th Floor
    San Francisco, CA 94104
10  Tel:  (415) 633-1908
    Fax:  (415) 358-4980
11  Email:  mlehmann@hausfeldllp.com
            jking@hausfeldllp.com
12          abailey@hausfeldllp.com

13  *Counsel for Plaintiffs in O'Bannon Action*

14

15

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

17

18  SAMUEL MICHAEL KELLER, on behalf          Case No. CV 09 1967 (CW)
    of himself and all others similarly situated,
19                                            **AMENDED [PROPOSED] ORDER**
                      Plaintiff,              **GRANTING PLAINTIFFS SAMUEL**
                                              **MICHAEL KELLER'S AND EDWARD C.**
20      v.                                    **O'BANNON, JR.'S JOINT MOTION FOR**
                                              **APPOINTMENT OF INTERIM CO-LEAD**
21  ELECTRONIC ARTS, INC., et al.,            **COUNSEL PURSUANT TO FEDERAL**
                                              **RULE OF CIVIL PROCEDURE 23(g)(3)**
22                    Defendants.
                                              Date:   December 17, 2009
23                                            Time:   2:00 p.m.
                                              Judge:  The Hon. Claudia Wilken
24                                            Courtroom: 2, 4th Floor

25

26

27

28

AMENDED [PROPOSED] ORDER:  Case Nos. C 09-01967 CW ; C 09-03329 CW; C 09-04128 CW;
C 09-04882 CW; C 09-05100 CW; C 09-05134 CW; C 09-05372 CW; C 09-05378

EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al.

Defendants.

Case No. C 09-03329 (CW)

BYRON BISHOP, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ELECTRONIC ARTS, INC., et al.,

Defendants.

Case No. C 09-04128 (CW)

CRAIG NEWSOME, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

Defendants.

Case No. C 09-04882 (CW)

MICHAEL ANDERSON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al.,

Defendants.

Case No. C 09-05100 (CW)

1    DANNY WIMPRINE, on behalf of himself    Case No. C 09-05134 (CW)
     and all others similarly situated,
2
                      Plaintiff,
3
          v.
4
     NATIONAL COLLEGIATE ATHLETIC
5    ASSOCIATION (a/k/a the "NCAA"), et
     al.,
6
                      Defendants.
7

8

9    SAMUEL JACOBSON, on behalf of          Case No. C 09-05372 (CW)
     himself and all others similarly situated,
10
                      Plaintiff,
11
          v.
12
     NATIONAL COLLEGIATE ATHLETIC
13   ASSOCIATION (a/k/a the "NCAA"), et
     al.,
14
                      Defendants.
15

16

17   DAMIEN RHODES, on behalf of himself     Case No. C 09-05378 (CW)
     and all others similarly situated,
18
                      Plaintiff,
19
          v.
20
     NATIONAL COLLEGIATE ATHLETIC
21   ASSOCIATION (a/k/a the "NCAA"), et
     al.,
22
                      Defendants.
23

24

25

26

27

28

1   This matter comes before the Court on Plaintiffs Samuel Michael Keller's and Edward C.

2   O'Bannon, Jr.'s Joint Motion for Appointment of Interim Co-Lead Counsel Pursuant to Federal

3   Rule of Civil Procedure 23(g)(3).

4   Upon consideration of the foregoing motion, the papers submitted in support and

5   opposition thereto, the arguments of counsel at the hearing in this matter, and good cause

6   appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED as follows:

7   The Court appoints the law firms of Hagens Berman Sobol Shapiro LLP and Hausfeld

8   LLP as Interim Co-Lead Class Counsel for the consolidated actions, as well as for any additional

9   actions that are consolidated with these cases.  Interim Co-Lead Class Counsel shall be

10   responsible for the overall conduct of the litigation on behalf of the class plaintiffs.  Hagens

11   Berman Sobol Shapiro LLP shall have primary responsibility for claims related to the allegations

12   made in *Keller v. Electronic Arts, Inc., et al.* and Hausfeld LLP shall have primary responsibility

13   for claims related to the allegations made in *O'Bannon v. National Collegiate Athletic

14   Association (a/k/a "NCAA"), et al.*, but both firms shall remain responsible for the litigation of all

15   claims.  Interim Co-Lead Class Counsel shall have the following specific responsibilities with

16   respect to this litigation on behalf of the class plaintiffs:

17   1. To coordinate and make work assignments among themselves and other plaintiffs'

18   counsel to promote efficient prosecution of this litigation and to avoid duplication of work;

19   2. To prepare and file a Consolidated Amended Complaint and all other necessary

20   pleadings and filings in this matter;

21   3.  To initiate and conduct all discovery proceedings and communicate with Defendants'

22   counsel with respect to same on all issues related to the class plaintiffs;

23   4. To coordinate all motions, requests for discovery, expert work and other pretrial

24   proceedings regarding the position of all the class plaintiffs.  No motion, request for discovery, or

25

26

27

28

---

[PROPOSED] ORDER                    3        Case Nos. C 09- 01967 CW ; C 09-03329 CW;
                                             C 09-04128 CW; C 09-04882 CW; C 09-05100 CW;
                                             C 09-05134 CW; C 09-05372 CW; C 09-05378

other pretrial proceedings in this litigation shall be initiated or filed by any class member except through Interim Co-Lead Class Counsel;

5. To meet with defense counsel with respect to settlement and other matters on behalf of class plaintiffs;

6. To record and administer all time and expenses of counsel and staff in these and any other consolidated class action cases on a form set forth by Interim Co-Lead Class Counsel on a monthly basis or on such other schedule as may be established.  Failure to maintain and timely submit such records will be considered in any fee allocation and may constitute grounds for denying court-awarded attorneys' fees;

7. To assess plaintiffs' law firms common litigation costs and to collect assessments on a regular basis; and

8. To allocate any award of attorneys' fees among plaintiffs' counsel.

IT IS SO ORDERED.


DATED: _____          _____
                                  HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT COURT JUDGE

1  I, Jon T. King, am the ECF User whose ID and password are being used to file this

2  **AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS SAMUEL MICHAEL**
3  **KELLER'S AND EDWARD C. O'BANNON, JR.'S JOINT MOTION FOR**
   **APPOINTMENT OF INTERIM CO-LEAD COUNSEL PURSUANT TO FEDERAL RULE**
4  **OF CIVIL PROCEDURE 23(g)(3)**

5  In compliance with General Order 45, X.B., I hereby attest that Robert B. Carey has
   concurred in this filing.
6

7                          **CERTIFICATE OF SERVICE**

8  I, Jon T. King, declare that I am over the age of eighteen (18) and not a party to the

9  entitled action.  I am a partner in the law firm of HAUSFELD LLP, and my office is located at 44

10  Montgomery Street, Suite 3400, San Francisco, California  94104.

11  On January 11, 2009, I filed the following:

12  **AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS SAMUEL MICHAEL**
13  **KELLER'S AND EDWARD C. O'BANNON, JR.'S JOINT MOTION FOR**
    **APPOINTMENT OF INTERIM CO-LEAD COUNSEL PURSUANT TO FEDERAL RULE**
14  **OF CIVIL PROCEDURE 23(g)(3)**

15  with the Clerk of the Court using the Official Court Electronic Document Filing System which

16  served copies on all interested parties registered for electronic filing.

17  I also certify that I caused true and correct Chambers Copies of the foregoing document(s)

18  to be hand-delivered to the following Judge pursuant to Civil L.R. 3-12(b) by noon of the

19  following day:

20

21  The Hon. Claudia Wilken
    U.S.D.C., Northern District of California
22  Oakland Division
    1301 Clay Street, Suite 400 S
23  Oakland, CA 94612-5212

24  I declare under penalty of perjury that the foregoing is true and correct.

25

26                                    /s/ Jon T. King_____
27                                    JON T. KING

28

---