1
2                          **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
3
4   SAMUEL MICHAEL KELLER, on behalf          Case No. C 09-01967 (CW)
    of himself and all others similarly situated,
5                                             **ORDER GRANTING PLAINTIFFS**
              Plaintiff,                      **SAMUEL MICHAEL KELLER'S AND**
                                              **EDWARD C. O'BANNON, JR.'S JOINT**
6      v.                                     **MOTION TO CONSOLIDATE ACTIONS**
7   ELECTRONIC ARTS, INC., et al.,
8             Defendants.
9
10
11  EDWARD C. O'BANNON, JR., on behalf         Case No. C 09-03329 (CW)
    of himself and all others similarly situated,
12
              Plaintiff,
13
       v.
14
    NATIONAL COLLEGIATE ATHLETIC
15  ASSOCIATION (a/k/a the "NCAA"), et al.
16            Defendants.

17  BRYON BISHOP, on behalf of himself         Case No. C 09-04128 (CW)
    and all others similarly situated,
18
              Plaintiff,
19
       v.
20
    ELECTRONIC ARTS, INC., et al.,
21
              Defendants.
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | CRAIG NEWSOME, on behalf of himself and all others similarly situated, | Case No. C 09-04882 (CW) |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | | |
| 9 | MICHAEL ANDERSON, on behalf of himself and all others similarly situated, | Case No. C 09-05100 (CW) |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al., | |
| 13 | Defendants. | |
| 14 | | |
| 15 | | |
| 16 | DANNY WIMPRINE, on behalf of himself and all others similarly situated, | Case No. C 09-05134 (CW) |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al., | |
| 20 | | |
| 21 | Defendants. | |

1

| | | |
|---|---|---|
| 1 | SAMUEL JACOBSON, on behalf of himself and all others similarly situated, | Case No. C 09-05372 (CW) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | DAMIEN RHODES, on behalf of himself and all others similarly situated, | Case No. C 09-05378 (CW) |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), et al., | |
| 14 | | |
| 15 | Defendants. | |

This matter comes before the Court on Plaintiffs Samuel Michael Keller's and Edward C. O'Bannon, Jr.'s Joint Motion to Consolidate Actions.  The actions, as well as the other above-captioned actions, meet the standard for consolidation pursuant to Rule 42 of the Federal Rules of Civil Procedure, as they share a common question of law or fact.

Upon consideration of the foregoing motion, the papers submitted in support and opposition thereto, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED as follows:

The above-captioned actions shall be consolidated onto a single docket and bear the civil case number of the lowest numbered case: C 09-1967 CW.  The consolidated actions shall bear

the name *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*. This consolidation is without prejudice to a later determination as to whether the cases should be tried together.

Plaintiffs' counsel shall file a Consolidated Amended Complaint within thirty (30) days after issuance of the Court's last-filed Order on the pending motion to consolidate; the pending motions to dismiss the *Keller* and *O'Bannon* complaints (*Keller* Dkt. Entry Nos. 34, 47, and 48; *O'Bannon* Dkt. Entry Nos. 91, 92); Defendant Electronic Arts, Inc.'s pending motion to strike all causes of action in the *Keller* Complaint (Dkt. Entry No. 35); and Plaintiffs Samuel Michael Keller's and Edward C. O'Bannon, Jr.'s Motion for Appointment of Interim Co-Lead Counsel Pursuant to Federal Rule of Civil Procedure 23(g)(3) (*Keller* Dkt. Entry No. 81).

IT IS SO ORDERED.

DATED: January 15, 2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

3