**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., | No. 09-03329 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| BRYON BISHOP, | No. 09-04128 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| CRAIG NEWSOME, | No. 09-04882 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| MICHAEL ANDERSON, | No. 09-05100 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| DANNY WIMPRINE, | No. 09-05134 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| SAMUEL JACOBSON, | No. 09-05372 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |

| | |
|---|---|
| DAMIEN RHODES, | No. 09-05378 CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | ORDER ADMINISTRATIVELY CLOSING CASES |
| Defendants / | |

On January 15, 2010, the above-captioned cases were consolidated for all further proceedings with C-09-1967 CW, <u>Keller v. Electronic Arts, Inc., et al</u>.  Accordingly,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain these files as open for statistical purposes, and the Clerk is instructed to submit JS-6 Forms to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 1/22/10

*(signature)*
CLAUDIA WILKEN
United States District Judge

2